UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES ANTHONY ROSS, | Case No. CV 07-6232-R(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| L. HENSE, Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: February 3, 2009

_____
Manuel L. Real
United States District Judge